

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Helen Chisolm, an individual<br><br>Plaintiff,<br><br>V.<br><br>7-Eleven, Inc., a Texas corporation;<br>Does 1-10, inclusive<br><br>Defendant. | Civil Action No.  18cv893-MMA(MDD)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant's motion for summary judgment in its entirety and dismisses Plaintiff's claims with prejudice.

Date:  5/23/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ R. Chapman
R. Chapman, Deputy